# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

INSULET CORPORATION,

*Plaintiff-Appellee,*

**v.**

EOFLOW CO., LTD., EOFLOW, INC., AND JESSE J. KIM,

*Defendants-Appellants,*

On Appeal from a Final Judgment of the United States District Court for the District of Massachusetts (No. 23-cv-11780) (Saylor, C.J.)

## APPELLEE INSULET CORPORATION'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING OR REHEARING EN BANC

William M. Jay
Matthew Ginther
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
(202) 346-4000

Alexandra D. Valenti
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 459-7351

Robert D. Carroll
Robert Frederickson III
Alexandra Lu
William E. Evans
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

June 16, 2026

*Counsel for Insulet Corporation*

# CERTIFICATE OF INTEREST

Counsel for Appellee certifies the following:

1.  **Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case. Fed. Cir. R. 47.4(a)(1).

    Insulet Corporation

2.  **Real Party in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. Fed. Cir. R. 47.4(a)(2).

    None/Not Applicable

3.  **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. Fed. Cir. R. 47.4(a)(3).

    None/Not Applicable

4.  **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

    *Goodwin Procter LLP:* Scott T. Bluni, Timothy Keegan, James Breen, Arshjit Raince, Danit Maor, Gerard Cedrone, Jenny Zhang

5.  **Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

    Yes.

**6.** **Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

None/Not Applicable

June 16, 2026                              /s/ *William M. Jay*

Pursuant to Federal Circuit Rules 26(b) and 40(d) and Federal Rule of Appellate Procedure 35(c), Plaintiff-Appellee Insulet Corporation respectfully requests a 30-day extension of time within which to file a petition for rehearing or rehearing en banc. The panel's opinion issued on May 28, 2026. Any petition for rehearing or rehearing en banc is currently due on June 29, 2026 (a Monday). With the extension, the due date would be July 29, 2026. Defendants-Appellants do not oppose this motion and will not file a response. This is the first extension Insulet has sought for a petition for rehearing.

1. As explained in the accompanying declaration, good cause exists for the requested extension. During the period before the deadline for the rehearing petition and the period of the requested extension, appellate counsel for Insulet have been and will be involved in several other ongoing matters with significant commitments, including: a reply brief in support of a petition for certiorari, filed in the U.S. Supreme Court on June 12, 2026, for which no extension was possible; a reply brief filed in the Eleventh Circuit on June 10, 2026, on extension; several appellate matters that require substantial work in the month of June, including a reply brief due in the Federal Circuit July 6, 2026, on extension, and a

petition for certiorari due in the U.S. Supreme Court on July 20, 2026, on extension; and oral argument in the U.S. Court of Appeals for the Sixth Circuit on July 22, 2026. Finally, undersigned counsel is scheduled to take a family vacation June 29-July 6, 2026, for which prepaid travel arrangements have already been made.

2. Insulet's requested extension will not prejudice EOFlow. The district court granted a partial stay of its permanent injunction and this Court modified and extended that stay by order dated July 7, 2025. The parties have discussed a motion to further modify that stay, which EOFlow will submit.

3. The petition for rehearing will raise substantial issues that warrant the full court's attention. Notably, the panel's divided decision gives extensive attention to issues that—as both the majority opinion and the dissent acknowledged—were not briefed by either party. The majority opinion discusses state-law trade-secret decisions going back 60 years that no party had cited at any point in this case. *See* Op.15-18. Responding to that aspect of the opinion therefore cannot rest on existing briefing and research. And the panel's resulting conclusion—that all the claimed misappropriations of all of the asserted trade secrets "constitute a single

claim of misappropriation and, therefore, are subject to the same statute of limitations analysis," Op.19—appears to be inconsistent with numerous decisions interpreting the *federal* Defend Trade Secrets Act. That aspect of the decision alone would warrant a modest increase of the time to prepare a rehearing petition.

More generally, the panel's divided decision raises multiple complex issues substantial enough to warrant a petition for rehearing, both in its legal analysis and in its conclusion that the lengthy trial record permits only one reasonable answer. The petition is not being submitted for purposes of delay.

For the foregoing reasons, Insulet respectfully requests a 30-day extension of time within which to file a petition for rehearing, to and including July 29, 2026.

June 16, 2026                          Respectfully submitted.

/s/ *William M. Jay*
William M. Jay
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
(202) 346-4000

*Counsel for Insulet Corporation*

# DECLARATION OF WILLIAM M. JAY

I, William M. Jay, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner in the law firm of Goodwin Procter LLP. I am the principal appellate counsel for Appellee Insulet Corporation in this appeal.

2. I submit this declaration, pursuant to Fed. Cir. R. 26(b)(3), in support of Insulet's motion for a 30-day extension of time, to and including July 29, 2026, to file a petition for rehearing.

3. The current due date for Insulet to file a petition for rehearing is June 29, 2026.

4. This is Insulet's first request for an extension of time to file a petition for rehearing.

5. I have significant professional commitments in the coming weeks. I have been responsible for a reply brief in support of a petition for certiorari, filed in the U.S. Supreme Court on July 12, 2026, for which no extension was possible. I am responsible for several appellate matters that require substantial work in the month of June, including a reply brief due in the Federal Circuit on July 6, 2026, on extension, and a petition for certiorari due in the U.S. Supreme Court on July 20, 2026, on

1

extension. I am scheduled to argue an appeal in the U.S. Court of Appeals for the Sixth Circuit on July 22, 2026. I also had substantial responsibility for a reply brief filed in the Eleventh Circuit on June 10, 2026, on extension. Finally, I am scheduled to take family vacation June 29-July 6, 2026, for which I have prepaid travel arrangements.

6. These competing obligations make it difficult for Insulet's counsel to prepare a petition for rehearing without the benefit of a 30-day extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2026.

/s/ *William M. Jay*
William M. Jay

2

# CERTIFICATE OF COMPLIANCE

This filing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2).  This filing contains 540 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).  This motion has been prepared in a proportionally spaced typeface, 14-point Times New Roman font, using Microsoft Word 2016.

June 16, 2026

/s/ *William M. Jay*

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system.

I further certify that all parties will be electronically served via email and by the CM/ECF system.

June 16, 2026

/s/ *William M. Jay*