NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INSULET CORP.,**

*Plaintiff-Appellee*

**v.**

**EOFLOW, CO. LTD., EOFLOW, INC., JESSE J. KIM,**

*Defendants-Appellants*

---

2025-1807

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:23-cv-11780-FDS, Judge F. Dennis Saylor, IV.

---

**ON MOTION**

---

Before DYK, PROST, and REYNA, *Circuit Judges.*

PER CURIAM.

### O R D E R

EOFlow Co., Ltd., EOFlow, Inc. and Jesse J. Kim (collectively, "EOFlow") move to modify a partial stay of the district court's April 24, 2025 permanent injunction that this court entered on July 7, 2025. *See* Dkt. No. 18. Insulet Corp. does not oppose the motion.

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to stay an injunction pending appeal. Our determination is governed by four factors: (1) whether the movant has made a strong showing of a likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *see also Standard Havens Prods. Inc. v. Gencor Indus., Inc.*, 897 F.2d 511, 512–13 (Fed. Cir. 1990).

Based on EOFlow's motion, we grant the motion to modify the July 7, 2025, partial stay as follows. The partial stay as to Paragraphs 6 and 7 of the district court's April 24, 2025 permanent injunction is extended to conduct occurring in the Republic of Korea, the European Union, Qatar, Saudi Arabia, and the United Arab Emirates. Further, if rehearing is granted, Insulet may move to rescind this partial stay.

IT IS ORDERED THAT:

The motion to modify the July 7, 2025, partial stay is granted to the extent provided in this order.

FOR THE COURT

June 22, 2026
Date

Jarrett B. Perlow
Clerk of Court