UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 11, 2026

Elizabeth Prelogar
Cooley LLP
Suite 700
1299 Pennsylvania Avenue, NW
Washington, DC 20004

**Re: Insulet Corp. v. EOFlow, Co. Ltd. – Appeal No. 25-1807**

Dear Counsel:

The court invites a response from Appellants to the petition for rehearing en banc filed by Appellee in this matter.

Please file the response in accordance with Federal Circuit Rule 40 on or before August 25, 2026.

Very truly yours,

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk

cc: Robert Carroll