NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**INSULET CORP.,**
*Plaintiff-Appellee*

**v.**

**EOFLOW, CO. LTD., EOFLOW, INC., JESSE J. KIM,**
*Defendants-Appellants*

---

2025-1807

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:23-cv-11780-FDS, Judge F. Dennis Saylor, IV.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Paul R. Gugliuzza and The Advanced Medical Technology Association separately move unopposed for leave to file briefs as amicus curiae in support of the petition for rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                           INSULET CORP. v. EOFLOW, CO. LTD.


   The motions are granted. The amicus briefs are accepted for filing.


                                                    FOR THE COURT


August 13, 2026                                  Jarrett B. Perlow
     Date                                          Clerk of Court