**No. 2025-1807**

# United States Court of Appeals
# for the Federal Circuit

INSULET CORPORATION,

*Plaintiff-Appellee,*

*v.*

EOFLOW, CO., LTD.; EOFLOW, INC.; JESSE J. KIM,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Massachusetts, No. 1:23-cv-11780-FDS
Hon. F. Dennis Saylor, IV

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION FOR REHEARING EN BANC

LOWELL D. MEAD
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000
lmead@cooley.com

ELIZABETH M. FLANAGAN
COOLEY LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
(312) 881-6383
bflanagan@cooley.com

ELIZABETH B. PRELOGAR
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

*Counsel for Defendants-Appellants EOFlow, Co., Ltd.,
EOFlow, Inc., and Jesse J. Kim*

# CERTIFICATE OF INTEREST

Counsel for Defendants-Appellants, Elizabeth B. Prelogar, certifies the following:

1. **Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case. Fed. Cir. R. 47.4(a)(1).

   EOFlow Co., Ltd.; EOFlow, Inc.; Jesse J. Kim (a/k/a Jae Jin Kim)

2. **Real Party in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. Fed. Cir. R. 47.4(a)(2).

   Not applicable.

3. **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. Fed. Cir. R. 47.4(a)(3).

   EOFlow Co., Ltd.

4. **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   Cooley LLP: Michael Sheetz, John C. Bostic, Alexandra Mayhugh, Matthew Oliver, Dustin Knight, Jordan Landers, HanByul Chang, Kimberly A. Scimeca, Reuben H. Chen, Zachary Sisko, Kyung Taeck Minn, Isabel McGrath, John Wray.

   Quinn Emanuel Urquhart & Sullivan: Patrick Daniel Curran; Nathaniel Andrew Hamstra; Stacylyn May Doore; William D.

i

Weinreb; Bae, Kim & Lee LLC: Samuel Sun Mok Lee; Kijoong Kang; Hankil Kang.

5.  **Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5).

    *Insulet Corp. v. EOFlow, Co., Ltd.*, 104 F.4th 873, No. 24-1137 (Fed. Cir. June 17, 2024) (Lourie, Prost, Stark, JJ.); *Insulet Corp. v. EOFlow Co., Ltd.*, No. 25-1807 (Fed. Cir.) (Dyk, Prost, Reyna, JJ.); *Insulet Corp. v. EOFlow Co., Ltd.*, Nos. 25-1497, 25-1507 (1st Cir.).

6.  **Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    Not applicable.

Dated: August 14, 2026          */s/ Elizabeth B. Prelogar*
                                Elizabeth B. Prelogar

Defendants-Appellants EOFlow Co., Ltd., EOFlow, Inc., and Jesse J. Kim (collectively, "EOFlow") respectfully move this Court for a 30-day extension of time to file a response to Plaintiff-Appellee's Petition for Rehearing En Banc (Dkt. 69). This motion is made at least seven days before the current deadline for a response. *See* Fed. Cir. R. 26(b)(1). The current deadline for EOFlow's response is August 25, 2026. *See* Dkt. 71. The requested extension would extend that deadline to September 24, 2026. This is EOFlow's first request for an extension of time for this deadline. Plaintiff-Appellee Insulet Corp. does not oppose the relief requested herein and will not file a response.

Good cause exists for the requested 30-day extension, as set forth more fully in the attached declaration. *See* Fed. Cir. R. 26(b)(3). Accordingly, EOFlow respectfully requests that the Court grant this motion and extend the deadline to file a response to Plaintiff-Appellee's Petition for Rehearing En Banc to September 24, 2026.

Dated: August 14, 2026

Respectfully submitted,

/s/ *Elizabeth B. Prelogar*

LOWELL D. MEAD
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000
lmead@cooley.com

ELIZABETH B. PRELOGAR
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

ELIZABETH M. FLANAGAN
COOLEY LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
(312) 881-6383
bflanagan@cooley.com

*Counsel for Defendants-Appellants EOFlow Co., Ltd.,
EOFlow, Inc., and Jesse J. Kim*

4

## DECLARATION OF ELIZABETH B. PRELOGAR

I, Elizabeth B. Prelogar, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner in the law firm of Cooley LLP.  I have primary responsibility for the response to Insulet Corp.'s Petition for Rehearing En Banc ("Petition").  I have personal knowledge of the matters set forth herein.

2.      I submit this declaration, pursuant to Federal Circuit Rule 26(b)(3), in support of the motion of Defendants-Appellants EOFlow, Co., Ltd., EOFlow, Inc., and Jesse J. Kim (collectively, "EOFlow") for a 30-day extension of time, to and including September 24, 2026, to file a response to the Petition.

3.      The current deadline for EOFlow to file a response to the Petition is August 25, 2026.  *See* Dkt. 71.

4.      This is EOFlow's first request for an extension of time to file a response to the Petition.

5.      A 30-day extension is warranted because I have several other pressing deadlines in other matters in the coming weeks, including in *Official Committee of Talc Claimants v. Whittaker, Clark & Daniels Inc.*

5

(U.S.) (petition for a writ of certiorari due August 25, 2026); *Wilkinson v. Meta Platforms, Inc.*, No. 25-7916 (9th Cir.) (reply brief due August 31, 2026);  *Google LLC v. Superior Court*, No. H054687 (Cal. Ct. App.) (reply brief due August 31, 2026); *Benavides v. Tesla, Inc.*, No. 26-10858 (11th Cir.) (response brief due September 2, 2026); *Google LLC v. Bonta*, No. 26-5132 (9th Cir.) (opening brief due September 9, 2026); *Google LLC v. Cellular South, Inc.*, No. 26-1519 (Fed. Cir.) (reply brief due September 9, 2026); *United States v. Fox*, No. 26-CV-1658 (D.D.C.) (reply brief due September 10, 2026); as well as other non-public pending matters that will occupy a significant portion of time in the coming weeks.

6.    On August 13, 2026, counsel for Plaintiff-Appellee confirmed that Plaintiff-Appellee does not oppose this motion and will not file a response.

I declare under penalty of perjury that the foregoing is true and correct.

 Executed on August 14, 2026        */s/ Elizabeth B. Prelogar*
                                    Elizabeth B. Prelogar

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2) because it contains 487 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 32(b)(2).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

Dated: August 14, 2026                    */s/ Elizabeth B. Prelogar*
                                          Elizabeth B. Prelogar

7

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system.

I hereby certify that all parties will be electronically served via email and the Court's CM/ECF system.


Dated: August 14, 2026          */s/ Elizabeth B. Prelogar*
                                      Elizabeth B. Prelogar