NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INSULET CORP.,**
*Plaintiff-Appellee*

**v.**

**EOFLOW, CO. LTD., EOFLOW, INC., JESSE J. KIM,**
*Defendants-Appellants*

---

2025-1807

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:23-cv-11780-FDS, Judge F. Dennis Saylor, IV.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

EOFlow, Co. Ltd., EOFlow, Inc. and Jesse J. Kim move for a thirty-day extension of time until September 24, 2026, by which to file a response to the combined petition for rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

August 17, 2026
Date

Jarrett B. Perlow
Clerk of Court