No. 25-1807

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

INSULET CORPORATION,

*Plaintiff-Appellee*,

v.

EOFLOW, CO., LTD.; EOFLOW, INC.; JESSE J. KIM,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts
1:23-cv-11780-FDS, Hon. F. Dennis Saylor, IV

# INSULET CORPORATION'S ASSENTED-TO MOTION FOR LEAVE TO FILE ENTRY OF APPEARANCE FOR KEVIN P. MARTIN

Alexandra D. Valenti
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

William M. Jay
Matthew Ginther
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036-1612

Robert Carroll
Kevin P. Martin
Robert Frederickson, III
Alexandra Lu
William E. Evans
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

*Counsel for Plaintiff-Appellee Insulet Corporation*

August 21, 2026

Pursuant to Fed. R. App. P. Rules 27(a) and this Court's Rules 27(a) and 47.3(b)(4), Plaintiff-Appellee Insulet Corporation respectfully requests that the Court permit Kevin P. Martin to enter an appearance as additional co-counsel for Insulet in this matter.

The panel issued its opinion reversing the judgment on May 28, 2026. Insulet filed a petition for rehearing en banc on July 29, 2026. This Court has invited Appellants to file a response to the petition; that response is currently due September 24, 2026. Mr. Martin will represent Insulet in any further proceedings in this Court.

Counsel for Appellants have indicated that Appellants consent to this motion.

An entry of appearance form for Mr. Martin is attached.

August 21, 2026

Respectfully submitted,

*/s/ Kevin P. Martin*
Kevin P. Martin

Robert Carroll
Robert Frederickson, III
Alexandra Lu
William E. Evans
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: 617-570-1000

Alexandra D. Valenti
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: 212-813-8800

William M. Jay
Matthew Ginther
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036-1612
Tel: 202-346-4000

*Counsel for Plaintiff-Appellee Insulet Corporation*

## CERTIFICATE OF INTEREST

Counsel for Appellee certifies the following:

**1. Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case. Fed. Cir. R. 47.4(a)(1).

Insulet Corporation

**2. Real Party in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. Fed. Cir. R. 47.4(a)(2).

None/Not Applicable

**3. Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. Fed. Cir. R. 47.4(a)(3).

None/Not Applicable

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

*Goodwin Procter LLP:* Kevin P. Martin

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

Yes

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

None/Not Applicable

August 21, 2026 /s/ *Kevin P. Martin*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 27(d), it contains 116 words. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-scale requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word in 14-point Times New Roman, a proportionally spaced typeface.

August 21, 2026

/s/ *Kevin P. Martin*
Kevin P. Martin

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system. I further certify that all parties will be electronically served via email and by the CM/ECF system.

/s/ *Kevin P. Martin*
Kevin P. Martin