**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 10, 2026

2025-1807 - Insulet Corp. v. EOFlow, Co. Ltd.

# NOTICE OF NON-COMPLIANCE

The document (Bill of Costs) submitted by EOFlow, Co. Ltd., EOFlow, Inc., and Jesse J. Kim is not in compliance with the rules of this court. Within five business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The form is incomplete or completed inaccurately. Fed. Cir. R. 39(b).

*Clerk's note: Please review for allowing costs. The number of copies and/or the math for brief, reply brief, appendix, and binding and covers appears to be inaccurate. The number of copies is limited to 7. The docketing fee is not an allowable cost.*

*Parties are urged to stipulate costs. If costs are stipulated, only enter the amount in "Total Costs Requested". Do not Complete the itemized section.*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk