NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INSULET CORP.,**
*Plaintiff-Appellee*

**v.**

**EOFLOW, CO. LTD., EOFLOW, INC., JESSE J. KIM,**
*Defendants-Appellants*

---

2025-1807

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:23-cv-11780-FDS, Judge F. Dennis Saylor, IV.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

---

[1] Circuit Judge Newman did not participate.

## O R D E R

Insulet Corp. filed a petition for rehearing en banc. A response was invited by the court and filed by EOFlow, Co. Ltd., EOFlow, Inc. and Jesse J. Kim. Paul Ryan Gugliuzza and Advanced Medical Technology Association requested leave to file briefs as amici curiae, which the court granted.

The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

October 19, 2026
Date

Jarrett B. Perlow
Clerk of Court