NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INSULET CORP.,**
*Plaintiff-Appellee*

**v.**

**EOFLOW, CO. LTD., EOFLOW, INC., JESSE J. KIM,**
*Defendants-Appellants*

---

2025-1807

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:23-cv-11780-FDS, Judge F. Dennis Saylor, IV.

---

**ON MOTION**

---

Before DYK, PROST, and REYNA, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Insulet Corp. moves for a stay of the mandate in the above-captioned appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The mandate shall issue forthwith.

FOR THE COURT

October 22, 2026
Date

Jarrett B. Perlow
Clerk of Court