# United States Court of Appeals for the Federal Circuit

---

**INSULET CORP.,**
*Plaintiff-Appellee*

**v.**

**EOFLOW, CO. LTD., EOFLOW, INC., JESSE J. KIM,**
*Defendants-Appellants*

---

2025-1807

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:23-cv-11780-FDS, Judge F. Dennis Saylor, IV.

---

## MANDATE

---

In accordance with the judgment of this Court, entered May 28, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellants EOFlow, Co. Ltd., EOFlow, Inc., Jesse J. Kim in the amount of $7364.56 and taxed against the appellee.

FOR THE COURT

October 29, 2026
Date

Jarrett B. Perlow
Clerk of Court